IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ARTEZ D. OLIVER**                                                                                          **PLAINTIFF**

v.                                        No. 3:23-cv-113-DPM

**DALE COOK, Sheriff, Mississippi
County Detention Center and MATT
MCCLAIN, Lt., Mississippi County
Detention Center**                                                                                           **DEFENDANTS**

ORDER

1. The Court withdraws the reference.

2. Oliver hasn't paid the $402 filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2023