**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ARTEZ D. OLIVER**                                                      **PLAINTIFF**

**v.**                                    **No. 3:23-cv-113-DPM**

**DALE COOK, Sheriff, Mississippi
County Detention Center and MATT
MCCLAIN, Lt., Mississippi County
Detention Center**                                                    **DEFENDANTS**

**JUDGMENT**

Oliver's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 July 2023